UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NO: |
| v. | § | |
| | § | |
| | § | **4:20-cr-527** |
| LEI GAO | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A ___CRIMINAL INDICTMENT___ has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

LEI GAO

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas, on ___October 28, 2020___

UNITED STATES MAGISTRATE JUDGE