United States Courts
Southern District of Texas
FILED
*October 28, 2020*
David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LEI GAO**<br>  a/k/a/ Jason Gao,<br><br>**JASON OIL & GAS EQUIPMENT, LLC**, and<br><br>**JASON ENERGY TECHNOLOGIES Co., LTD.**<br><br>  **Defendants.** | **CRIMINAL NO.:**<br><br>**4:20-cr-527** |

## GOVERNMENT'S NOTICE OF RELATED CASE

The United States of America, by and through Ryan K. Patrick, United States Attorney, and S. Mark McIntyre, Assistant United States Attorney for the Southern District of Texas files its Notice of Related Case.

The present case is related to *United States v. Robert Erford, Jr.*, 4:20-cr-00312. This case is currently pending before the Honorable David Hittner.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

By: _/s/ *S. Mark McIntyre*_____
    S. Mark McIntyre
    Assistant United States Attorney